1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD LEONARD,

        Petitioner,                 No. CIV S-06-1730 LKK PAN P

    vs.

SCRIBNER, Warden, et al.,

        Respondents.             **ORDER**

_____/

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a disciplinary conviction imposed in Corcoran State Prison, where he presently is confined and so this action should have been commenced in the district court in Fresno. *See* Local Rule 3-120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

////

////

////

                1: 0 6 - CV   1 5 4 6  AWI  DLB  HC

1     3. The new case number is _____. All future filings shall bear the new case

2 number and shall be filed at:

3         United States District Court
         Eastern District of California
4         1130 "O" Street
         Fresno, CA 93721

5

6 Dated: November 1, 2006.

7

8                     /s/ Edmund F. Brennan

                EDMUND F. BRENNAN
9               UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26